

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2022

No. 04-22-00149-CR

Samantha Edrie **FOSTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2011299
Honorable Lynn Ellison, Judge Presiding

# O R D E R

On July 13, 2022, the court reporter filed a notification of late record indicating medical issues prevented her from completing the reporter's record. We GRANT the reporter's request for extension. The court reporter is ORDERED to file the reporter's record with this court **no later than August 16, 2022**. *Further request for extensions of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court